DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ADAMS

No. 20 P 82.

Case below: 55 N.C. App. 267.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STATE v. BEAN

No. 182 PC.

Case below: 55 N.C. App. 247.

Petition by State for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. BRANCH

No. 37 PA 82.

Case below: 54 N.C. App. 693.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 March 1982.

STATE v. CARVER

No. 117 PC.

Case below: 54 N.C. App. 365.

Petition by defendant Carver for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STATE v. CONARD

No. 11 P 82.

Case below: 55 N.C. App. 63.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.